UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JEMAL LAMONT ALBRITTON,

                         Plaintiff,

- against -

RIKERS ISLAND, *et al.*,

                        Defendants.

------------------------------------------------------------------- x

**ORDER**

**06 Civ. 9903 (AKH)**

Upon the application of defendants for leave to take the deposition of plaintiff, Jemal Lamont Albritton, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED:** (1) that the Warden or other official in charge of the Green Haven Correctional Facility hold inmate Lemal Lamont Albritton, DIN # 06A5348, at the Green Haven Correctional Facility until after the conclusion of his deposition on July 15, 2009; (2) that the Warden or other official in charge of the Green Haven Correctional Facility produce inmate Lemal Lamont Albritton, DIN # 06A5348, for the taking and recording of his deposition on July 15, 2009, at 10:00 a.m., and for so long thereafter, from day to day, as the deposition continues; (3) that Jemal Lamont Albritton, appear in such place as designated by the Warden or other official in charge of the Green Haven Correctional Facility, so that his deposition may be taken; and (4) that also present at the deposition will be Matthew Weir and Michael Chestnov, attorney for defendants, and a court reporter to be designated by defendants.

Dated: New York, New York
         6/2/09

_____
ALVIN K. HELLERSTEIN, U.S.D.J.